IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

RANDALL T. MCARTY                                          PETITIONER

    v.                          Civil No. 14-6105

WENDY KELLY, Director, Arkansas
Department of Correction                                   RESPONDENT

## ORDER

Now on this 4th day of November 2015, there comes on for consideration the report and recommendation filed herein on September 1, 2015, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (Doc. 29).  Also before the Court are Petitioner's written objections.  (Doc. 30).

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows:  The report and recommendation is proper and should be and hereby is adopted in its entirety.  Accordingly, the 28 U.S.C. § 2254 petition (doc. 1) is DENIED and DISMISSED WITH PREJUDICE.  Further, Petitioner's Motion for Summary Judgment (doc. 24) is DENIED.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge